IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LINDA PETTWAY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 2:03-CV-00909-B |
| ) | |
| ALABAMA DEPARTMENT OF ) | [WO] |
| PUBLIC HEALTH, et al., ) | |
| ) | |
| Defendants. ) | |

**PARTIAL SUMMARY JUDGMENT**

In accordance with the *Memorandum Opinion and Order on Motion* filed herewith, it is hereby **ORDERED,** pursuant to Rule 56, Federal Rules of Civil Procedure**,** that **PARTIAL SUMMARY JUDGMENT** is GRANTED to the following extent:

1. **JUDGMENT** is entered against Plaintiff Linda Pettway and *in favor of Defendants Lisa Pezent, Elva Goldman, Bill Godwin and Rick Harris* on all claims asserted against them in individual and official capacities**.** Each of these individual defendants is hereby dismissed from this action.

2. **JUDGMENT** is entered against Plaintiff Linda Pettway and *in favor of the Defendant Alabama Department of Public Health* on the following-described claims of "disparate treatment" racial discrimination, asserted in *Count One* of the Amended Complaint, on all jurisdictional grounds: (a) "failure to accommodate" claim; (b) claim arising from hiring of Assistant MDS Coordinator; and (c) claim relating to sick leave.

3. **JUDGMENT** is entered against Plaintiff Linda Pettway and *in favor of the Defendant*

*Alabama Department of Public Health* on claims asserted in the Amended Complaint, on all jurisdictional grounds*,* for *Disability Discrimination* (Count Two); *Pattern and Practice Discrimination (*Count Three)*,* and *Retaliation Discrimination* (Count Four)..

4.  All claims asserted against the Defendants under **42 U.S.C. §1981** and 42 U.S.C. § 1983 are hereby DISMISSED.

*CONSISTENT WITH THE ENTRY OF THIS PARTIAL SUMMARY JUDGMENT*, **this case shall proceed only** against the Alabama Department of Public Health on the single remaining claim asserted in Count One for Title VII race discrimination arising from disparate discipline. The parties are hereby REMINDED of their pre-trial deadlines outlined in the *ORDER* (Doc. 80, March 22, 2005) setting a final pretrial conference at 11:30 a.m. on August 4, 2005, and the jury trial commencing on September 12, 2005. The proposed pretrial order due by August 1, 2005, shall reflect the *Memorandum Opinion* and *Partial Summary Judgment*.

Done this 15th day of July, 2005.

                                        **/s/ Delores R. Boyd**
                                        DELORES R. BOYD
                                        UNITED STATES MAGISTRATE JUDGE