IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LINDA PETTWAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:03-CV-00909-B |
| | ) | [WO] |
| ALABAMA DEPARTMENT OF | ) | |
| PUBLIC HEALTH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Pursuant to the *Joint Stipulation of Dismissal Under Rule 41(a)* filed on August 25, 2005 (Doc. 94), it is, for good cause, **ORDERED** that:

1.  This cause of action is **dismissed with prejudice**.

2.  The parties shall bear costs separately incurred.

3.  The jury trial currently set for September 12, 2005 is CANCELLED.


Done this 26th day of August, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE